[No. 16486-1-III.    Division Three.    November 18, 1997.]

SANDRA SMITH, *Appellant*, v. SPOKANE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07604-6, Michael E. Donohue, J., entered September 6, 1996. *Affirmed* by unpublished opinion per Zagelow, J. Pro Tem., concurred in by Kurtz and Brown, JJ. Now published at 89 Wn. App. 340.

[No. 19314-1-II.    Division Two.    November 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL RAMONE MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 25-7-75309-0, Nile E. Aubrey, J., entered March 1, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 19974-2-II.    Division Two.    November 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CECILIO ZAMORA VELEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-05294-4, Thomas R. Sauriol, J., entered September 25, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20149-6-II.    Division Two.    November 21, 1997.]

KENNETH D. LAMBRECHT, *Respondent*, v. DONNA J. STEINMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-00979-0, James D. Ladley, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.